## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**JONATHAN MURRAY,**

      Plaintiff,

**v.**                                           **CIVIL ACTION NO. 5:19-CV-222**
                                                              **(BAILEY)**

**MELISSA SAVILLE**

      Defendant.

**MELISSA SAVILLE,**

      Counter Claimant,

**v.**

**JONATHAN MURRAY,**

      Counter Defendant.

### ORDER GRANTING DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS

Presently pending before this Court is Defendant's Supplemental Motion to Dismiss [Doc. 20]. On October 1, 2019, the plaintiff filed his Response [Doc. 23], wherein he concedes he has "no good faith basis to argue that *res judicata* does not apply regarding jurisdiction" and agrees that this matter should be dismissed without prejudice for want of jurisdiction. Upon consideration, the Motion **[Doc. 20]** is **GRANTED**. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**. In light of the above, the Evidentiary Hearing scheduled for October 2, 2019, is hereby **CANCELLED**. Additionally, Plaintiff Jonathan Murray's Motion to Dismiss Counterclaim **[Doc. 6]** is **MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 1, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE